Ralph A. Schwartz, Esq.
Nevada Bar No. 5488
**RALPH A. SCHWARTZ, P.C.**
400 South Fourth Street, Suite 280
Las Vegas, Nevada 89101
Telephone: (702) 888-5291
Facsimile: (702) 888-5292
mail@ralphaschwartzpc.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| CAROL LINGO | CASE NO: 2:11-cv-01241-JCM-LRL |
| Plaintiff, | |
| vs. | |
| HARRAH'S ENTERTAINMENT, INC., et al., | |
| Defendants. | |

## STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CAROL LINGO, by and through her counsel of record, RALPH A. SCHWARTZ, ESQ. and Defendant, HARRAH'S ENTERTAINMENT, INC., by and through its counsel of record, CHRISTI M. KINDEL, ESQ. that the above entitled matter be dismissed without prejudice; that no trial setting or scheduling order

///

///

///

///

1

is on file herein; and, that each party is to bear its own costs and attorneys' fees.

DATED this 2 day of March, 2012.

| | |
|---|---|
| **RALPH A. SCHWARTZ, P.C.** | **PITEGOFF LAW OFFICE** |
| /s/ Ralph A. Schwartz | /s/ Christi M. Kindel |
| Ralph A. Schwartz, Esq. | Christi M. Kindel, Esq. |
| Nevada Bar No. 5488 | Nevada Bar No. 6848 |
| 400 South Fourth Street, Suite 280 | 415 So. Sixth Street, Ste. 300 |
| Las Vegas, Nevada 89101 | Las Vegas, NV 89101 |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |

## ORDER

Upon Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the above entitled matter be dismissed without prejudice; that no trial setting or scheduling order is on file herein; and, that each party is to bear its own costs and attorneys' fees.

DATED March 7, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:
**RALPH A. SCHWARTZ, P.C.**

/s/ Ralph A. Schwartz
Ralph A. Schwartz, Esq.
Nevada Bar No. 5488
400 South Fourth Street, Suite 280
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*